# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147900

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DAMON L. HUBBARD,
        Plaintiff-Appellant,

v

NORFOLK SOUTHERN RAILWAY
COMPANY,
        Defendant-Appellee.

SC: 147900
COA: 302325
Wayne CC: 08-124246-NO

_____/

      On order of the Court, the application for leave to appeal the September 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

t0127